KYH/SES:09.28.2025

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CASE NO. 1:25-mj-2452-CDA |
| RASHAD RICHARDSON | * |
| Defendant | * UNDER SEAL |
| | * |

*******

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, John M. Krajnak, Special Agent with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is in support of a criminal complaint and arrest warrant charging Rashad Richardson, date of birth: August 3, 2004, for violations of 18 U.S.C. § 1951 (Hobbs Act Robbery), 18 U.S.C § 2119 (Carjacking), and 18 U.S.C. § 924(c)(1)(A)(ii) (Brandishing a Firearm During and in Relation to a Crime of Violence).

2. I am a Special Agent with the FBI and have been since November 2005. During my employment as an FBI Special Agent, I have been assigned to investigate violations of federal law including violent crime, organized crime, counterterrorism, and counterintelligence. I have received training and experience in interviews, interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, communications platforms, computer networks, and various other criminal investigative procedures. I am currently assigned to the FBI

1:25-mj-2452-CDA

Baltimore Violent Crimes Task Force in Baltimore, Maryland. I have investigated numerous cases involving Hobbs Act Robbery, bank robbery, carjacking, and extortion.

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other investigators and witnesses. This Affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On February 6, 2025, at approximately 5:07 p.m., Baltimore Police Department ("BPD") officers responded to the 300 block of North Grantley Street for a report of a commercial armed robbery and carjacking of a food delivery driver. The victim, M.K., is a delivery driver for Pizza Boli's, 3101 North Avenue, Baltimore, Maryland, a business engaged in interstate commerce. Pizza Boli's received an order from phone number 443-424-5812 to be delivered to 3603 West Saratoga Street, Baltimore, Maryland. Based on this, M.K. drove their vehicle, a 2008 Toyota Prius bearing Maryland tags 8GG 7068, to the vicinity of the 3600 block of West Saratoga Street. M.K. called the customer's number, 443-424-5812 and spoke with an individual believed to be a female. The call participant requested M.K. bring the pizza to the door. M.K. exited their vehicle and approached 3603 West Saratoga Street. An unidentified male suspect wearing all black clothing approached M.K. from a nearby alley, pointed a silver handgun at M.K., and began searching M.K.'s pockets. A second unidentified suspect wearing all black clothing stood in the street and watched. The first suspect took approximately $300.00 in United States currency, which included business proceeds, and car keys from M.K. The suspect ordered M.K. to give him everything he had and not to follow him. Both suspects entered M.K.'s Toyota and fled the scene.

1:25-mj-2452-CDA

5. M.K.'s vehicle information was disseminated via BPD communications and the vehicle was located parked, unoccupied, on February 7, 2025 at approximately 8:11 p.m. in the 200 block of North Monastery Avenue, Baltimore, Maryland.

6. Law enforcement database checks determined the suspect number, 443-424-5812, to be a TextNow phone number. TextNow offers both free and paid application-based phone services that provides users a phone number for calls and texts independent from the carrier-based phone number assigned to a mobile device.

7. A state search warrant was authorized in the District Court of Maryland for Baltimore City for the TextNow phone number 443-424-5812. The following information was provided in the responsive records from TextNow:

Username: rashadlovepussy

Email: rashadlovepussy@icloud.com

Registration IP Address: 174.172.6.108

8. The responsive records from TextNow further identified the suspect device utilizing the TextNow service for the suspect phone calls was an Apple mobile device. The responsive records indicated the suspect device connected to the TextNow service utilizing 174.172.6.108 and 172.56.32.101 on the date of the robbery.

9. Law enforcement database checks determined Comcast to be the service provider for the IP address 174.172.6.108 and T-Mobile to be the service provider for 172.56.32.101. A subpoena issued in the State of Maryland was served on Comcast for the subscriber information associated with the IP address. The responsive records provided the following information:

Subscriber Name: Gaillet Alsup

Service Address: 124 N. Culver St Baltimore, MD 21229

Telephone Number: 443-467-3375

Email: Gaillet1278@comcast.net

10. The address reflected in the Comcast return for the subscriber and service address, 124 North Culver Street, Baltimore, Maryland, was identified in law enforcement and State of Maryland databases as the home address associated with Rashad Richardson, black male, date of birth: August 3, 2004. Gaillet Davis, date of birth: January 2, 1978, was identified as Richardson's mother, residing at the same address.

11. A state search and seizure warrant was authorized in the District Court of Maryland for Baltimore City for the residence of 124 North Culver Street, Baltimore, Maryland 21229. BPD officers executed the aforementioned warrant on March 11, 2025. Rashad Richardson was present at the location and arrested. An Apple iPhone with T-Mobile network service and phone number 410-772-4832 was recovered from Richardson.

12. A Toyota key fob with a small key attached was located and seized within 124 North Culver Street, Baltimore, Maryland 21229, during the execution of the aforementioned search warrant. Investigators met with the victim, M.K., who had been carjacked during the robbery incident. M.K. confirmed the Toyota key fob had been taken by the suspect. M.K. advised the small key attached to the fob was for their mailbox. Investigators confirmed the functionality of the key fob with M.K.'s vehicle, a silver 2008 Toyota Prius bearing Maryland tags 8GG 7068.

13. On June 20, 2025, United States Magistrate Judge Charles D. Austin authorized a federal search warrant for the Apple Account associated with rashadlovepussy@icloud.com, the account email associated with the suspect TextNow phone number. The responsive records identified the device as an Apple iPhone with phone number 410-772-4832 and address of 124 North Culver Street, Baltimore, Maryland. This is the same phone number of the physical Apple

1:25-mj-2452-CDA

iPhone device recovered from the person of Rashad Richardson by law enforcement during the search warrant execution at 124 North Culver Street, Baltimore, Maryland. Apple responsive records further identified data consistent with the TextNow application being present on the device associated with the Apple Account.

## CONCLUSION

14. Based on information above, I respectfully submit there is probable cause to believe Rashad Richardson committed the February 6, 2025 armed commercial robbery of Pizza Boli driver M.K., the carjacking of M.K., and the brandishing of a firearm in the aforementioned crimes of violence, in violation of Title 18 U.S.C. § 1951 (Interference with Commerce by Robbery), 18 U.S.C § 2119 (Carjacking), and 18 U.S.C. § 924(c)(1)(A)(ii) (Brandishing a Firearm During and in Relation to a Crime of Violence).

Respectfully submitted,

*John M. Krajnak*

John M. Krajnak
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 3 and 4.1 on  September 29 , 2025

_____
The Honorable Charles D. Austin
UNITED STATES MAGISTRATE JUDGE